# EXHIBIT A

| First Name | Last Name | Address | Apt | City | State | Zip |
|---|---|---|---|---|---|---|
| Gary | Acevedo | 10810 Forest Leaf Dr. |  | Sugarland | TX | 77498 |
| Jason | Acosta | 116 Earline Dr |  | Lafayette | LA | 70506 |
| Peter | Alanis | PO Box 3921 |  | Edinburg | TX | 78540 |
| Frank | Allbright | 20397 Overmier Rd. |  | Loranger | LA | 70446 |
| Ramon | Alvarez | 4470 Spanish Trail | Apt. C40 | Pensacola | FL | 32504 |
| Robert | Alves | 401 Orangewood Dr. |  | Lafayette | LA | 70503 |
| Anthony | Anderson | 8412 Tillicum Rd SW |  | Seatte | WA | 98136 |
| Jason | Anderson | 911 Colechester Ct. |  | Spring | TX | 77373 |
| Thor | Anderson | 6000 Johnston Street | # 906 | Lafayette | LA | 70503 |
| Ryan | Andreasen | 3150 Aspen Fair Tr. |  | Spring | TX | 77389 |
| Guillermo | Arce | 1013 Manhattan Blvd. | Apt 270 | Harrahan | LA | 77058 |
| Benjamin | Arnold | 10419 Worth Court |  | Pensacola | FL | 32514 |
| Peter | Arthur | 3404 10th St. NW |  | Gig Harbor | WA | 98335 |
| Gustav | Atkinson | 5610 Hoffpauir Rd. |  | Gueydan | LA | 70542 |
| Nathan | Atwater | 1937 Jena St. |  | New Orleans | LA | 70115 |
| Nicholas | Austin | 4751 Niagara Ave. |  | San Diego | CA | 92107 |
| Kyle | Bailey | 104 Rue Paon |  | Youngsville | LA | 70592 |
| Clayton | Baker | 1500 W Esplenade Ave. | Unit 27F | Kenner | LA | 70065 |
| Edward | Balicheski | 127 Faye Daye Dr. |  | Madisonville | LA | 70447 |
| Matthew | Ballard | 3409 59th St. Ct. NW |  | Gig Harbor | WA | 98335 |
| Joshua | Bamford | 184 Randall Rd. | Apt 7 | Lewiston | ME | 04240 |
| George | Barlow | 950 Riverview Dr. |  | Biloxi | MS | 39532 |
| Bobby | Barnette | PO Box 741 |  | Kempner | TX | 76539 |
| Patrick | Barnhart | 5300 Ilex Ln |  | Pensacola | FL | 32526 |
| Omar | Bassa | 207 Palmer st. |  | Berwick | LA | 70342 |
| Martin | Bateman | 107 Arapahoe dr. |  | Lafayette | LA | 70503 |
| Todd | Beach | 1470 Anunciation St | #6407 | New Orleans | LA | 70130 |
| John | Beach | 57 South Applesouth |  | Carriere | MS | 39426 |
| Daney | Beach | 1406 85th Ave |  | SE Lake Stevens | WA | 98258 |
| John | Beatty | PO Box 80391 |  | Lafayette | LA | 70598 |
| Phillip | Begley | 508 7th Street |  | Morgan City | LA | 70380 |
| Adrian | Belmontez | 1015 Gleaux Dr. |  | Breaux Bridge | LA | 70517 |
| Tyson | Berg | 3932 Frontier Dr. |  | Sugarland | TX | 77479 |
| Charlie | Berlin | 110 Camille St. | Unit #1 | Lafayette | LA | 70503 |
| Paul | Bessey | 1217 Cedar Cove Pl. |  | Royse City | TX | 75189 |
| Jacob | Bickley | 2427 Peniston |  | New Orleans | LA | 70115 |
| Patrick | Biegel | 7465 Swan Rd. |  | Colorado Springs | CO | 80908 |
| Jerry | Binger | 82 Chateau Rothchild |  | Kenner | LA | 70065 |
| Eric | Bittick | 379 Stratford Ave |  | Aberdeen | MD | 21001 |
| Nicholas | Bledsoe-Feigt | 7303 Wisteria Chase Pl. |  | Humble | TX | 77346 |
| Matthew | Boggess | 26174 Via Del San Francesco |  | Daphne | AL | 36526 |
| Jeffrey | Bonifas | 86 Black Swan Pl. |  | The Woodlands | TX | 77354 |
| Matthew | Booth | 73521 Fairway Dr |  | Abita Springs | LA | 70420 |
| Ryan | Boquet | PO Box 10 |  | Gibson | LA | 70356 |
| Joshua | Borrello | 1850 Cypress St. | Unit A | Pensacola | FL | 32502 |
| Glen | Bosarge | 4908 Todd Acres Drive |  | Mobile | AL | 36619 |
| Ty | Botello | 220 Sea Dunes Drive |  | Melbourne Beach | FL | 32951 |
| Wayne | Boudreaux | 302 Donald Street |  | New Iberia | LA | 70563 |
| Kent | Bourg | 103 Marie Dr. |  | Houma | LA | 70364 |
| Randolf | Boyer | 10529 Durmast Dr. |  | Greenwell Springs | LA | 70737 |
| Rodrigo | Boyle | 7914 Coronado Coast St. |  | Las Vegas | NV | 89139 |
| John | Bozeman | 19640 Coral Ln. |  | Robertsdale | AL | 36567 |
| Justin | Bradley | 6115 N Davis Highway | 29B | Pensacola | FL | 32504 |
| Cody | Bradley | 225 Sth Main St |  | Athens | PA | 18810 |
| David | Braley | 2707 Villa Pisa |  | League City | TX | 77573 |
| Michael | Brennan | 400 Santa Barbara Ln. |  | Mchenry | IL | 60051 |
| John | Brezina | 7801 Hampson St. | Apt B | New Orleans | LA | 70118 |

| First | Last | Address | Apt | City | State | Zip |
|---|---|---|---|---|---|---|
| Andrew | Bringard | 205 Autumn Oak Bend | | Lafayette | LA | 70508 |
| David | Bright | 693 County Road 204 | | Centerburg | OH | 43011 |
| Benjamin | Brodnax | 604 Cliffside Dr. | | Dallas | TX | 75080 |
| Grant | Brown | 3745 Lake Lynn Dr. | | Gretna | LA | 70056 |
| Clifton | Brown | 5007 CR 46 | | Henderson | AR | 72544 |
| Carl | Bryant | 106 Collegiate Dr. | | Lafayette | LA | 70506 |
| Colin | Brydone-Jack | PO Box 513 | | Murphys | CA | 95247 |
| John | Bubenik | 2102 Inverness Rd. | | Fernandina Beach | FL | 32034 |
| Chrsitopher James | Bucklaew | 1648 Willow Woods | | Alden | NY | 14004 |
| Cory | Bullington | 625 Stewart Farm Rd. | | Gray | GA | 31032 |
| Ryan | Bunch | 2038 Brenda Ave. | | Pensacola | FL | 32506 |
| Scott | Bundy | 4013 Henican Place | | Metairie | LA | 70003 |
| Seaun | Buras | 153 Ellzey Lane | | Venice | LA | 70091 |
| Alex | Burgos | 12820 NW 6LN | | Miami | FL | 33182 |
| John | Burton | 4225 B Verot School Rd. | | Youngsville | LA | 70592 |
| Randy | Busby | 1341 N Northake Way | | Seattle | WA | 98103 |
| Brent | Bush | 3204 Wildrye Dr. | | College Station | TX | 77845 |
| Brandon | Butler | 14502 Oleo St. | | Santa Fe | TX | 77517 |
| Christopher | Butler | 7332 14th Ave NW | | Seattle | WA | 98117 |
| David | Butler | 4500 Cypresswood Dr. | Apt. 202 | Spring | TX | 77379 |
| Thomas | Campbell | 2012 Carriage Ln. | | Brenham | TX | 77833 |
| Kurt | Campbell | 2531 Summertree Dr | | Belden | MS | 38826 |
| Michael | Canga | 575 East Torrey St. | | New Braunfels | TX | 78130 |
| Luis | Carattini | 105 Doubloon Dr. | | Lafayette | LA | 70508 |
| Cameron | Cardenas | 20633 Tussing Ranch Rd. | | Apple Valley | CA | 92308 |
| Jakai | Cardenaz | 3323 Cowley Way Apt. 1 | | San Diego | CA | 92117 |
| Brian | Carpenter | 4724 Transcontiental | | Metairie | LA | 70006 |
| David | Carr | 5 E. De Soto St. | | Pensacola | FL | 32501 |
| Kip | Carson | 388 Cortez Tr. | | Buchanan Dam | TX | 78609 |
| Brad | Carter | 10804 FM 1861 | | Eustace | TX | 75124 |
| Lucas | Carter | 3820 B St. Charles | | New Orleans | LA | 70115 |
| Cody | Carter | 200 Fountain Lake | Apt 134 | Livingston | TX | 77351 |
| Kenneth | Carter | 1105 Hewitt St. | | Neillesville | WI | 54456 |
| Jeffrey | Carter | 509 Daniel Dr. | | Lafayette | LA | 70503 |
| Jose | Cascante | 24430 McKinley Lane | | Ponchatoula | LA | 70454 |
| William | Case | 206 8th Ave | | Franklinton | LA | 70438 |
| David | Casey | 4314 Ave Q 1/2 | #612 | Santa Fe | TX | 77510 |
| Charles | Cashiola | 13543 CR 201 | | Plantersville | TX | 77363 |
| William | Cerda | 3903 Sycamore Creek Dr. | | Bakersfield | CA | 93313 |
| Ricardo | Chamberlin | 101 Marcia Circle | | Lafayette | LA | 70508 |
| Cody | Chapman | 4520 Williams Blvd. | Apt. P312 | Kenner | LA | 70065 |
| Reyes | Chavez | 16812 Infield Ct. | | Conroe | TX | 77385 |
| Shane | Chelette | 4349 Genoa Rd. | | New Orleans | LA | 70129 |
| Luis | Chiriboga | 316 La Rue Christ Roi | | Carencro | LA | 70520 |
| Canton | Christians | 511 Derbigny St. | | Gretna | LA | 70053 |
| Timothy | Christiansen | 12550 Whittington | # 306 | Houston | TX | 77077 |
| Justin | Ciaciura | 15596 I 45 South | # 301 | Conroe | TX | 77384 |
| Matthew | Cleveland | 11337 LA HWY 690 | | Abbeville | LA | 70510 |
| Cody | Cline | 300 Saint Ann Dr. | #1714 | Mandeville | LA | 70471 |
| Neil | Cloughessy | 3345 Hans Ave | #H | Kenner | LA | 70065 |
| Shane | Coffelt | PO Box 434 | | Hansville | WA | 98340 |
| Marvin | Colon | 12703 Kelly Hills Lane | | Houston | TX | 77047 |
| Sean | Collins | 8406 Tarraglen Ct. | | Richmond | TX | 77407 |
| Robert | Conley | 4040 Hillcrest Dr. | | Marrero | LA | 70072 |
| Peter | Connell | 102 Douh Dr. | | Lafayette | LA | 70508 |
| Jason | Conover | 41068 Billville Rd | | Hammond | LA | 70403 |
| James | Conway | 3820 St. Charles Ave | | New Orleans | LA | 70115 |
| Richard | Cook | 2713 Gehring Dr. | | Gretna | LA | 70053 |
| Demian | Cook | 127 N. 193rd St. | | Seattle | WA | 98133 |
| Doile | Cooper | 2744 Cedar Creek St | | Metairie | LA | 70072 |
| David | Copeland | PO Box 1319 | | Milton | WA | 98354 |
| Philip | Cordis | 7524 Willow St. | Apt B | New Orleans | LA | 70118 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Benjamin** | **Cormier** | 501 Ernest St. | | New Iberia | LA | 70563 |
| **Ian** | **Costin** | 3527 NE 96th St. | | Seattle | WA | 98115 |
| **Joe** | **Courtney** | 6340 Pontiac Drive | | Kiln | MS | 39556 |
| **Mark** | **Covert** | 14914 Sierra Sunset Dr. | | Humble | TX | 77396 |
| **Steven** | **Cox** | 6857 East Osborn Rd. | Unit G | Scottsdale | AZ | 85251 |
| **Jeffery** | **Cox** | 1731 Buttermilk Dr. | | Henderson | NV | 89074 |
| **Adam** | **Cox** | 26144 Myrtlewood Ct | | Denham Springs | LA | 70726 |
| **Jonathan** | **Cramer** | 3436 Magazine Street | | New Orleans | LA | 70115 |
| **David** | **Crantz** | 28 Park Place Dr. | Apt 1708 | Covington | LA | 70433 |
| **Casey** | **Cronk** | 606 Canterbury Rd. | | Gainville | GA | 30504 |
| **George** | **Crossland** | 323 Laura Ln. | | Conroe | TX | 77385 |
| **Charles** | **Dague** | 300 Bon Temps Dr. | | Lafayette | LA | 70506 |
| **Jeffrey** | **Daniels** | PO Box 2007 | | Ft. Lauderdale | FL | 33303 |
| **Cory** | **Darling** | 4429 St. Martin St. | | Metairie | LA | 70006 |
| **Donald** | **Davis** | 4802 MacDonald St. | | Lake Wales | FL | 33859 |
| **Sean** | **Davis** | 254 Henderson Dr. | | Arnaudville | LA | 70512 |
| **Barry** | **Dawsey** | 837 George W Lane | | Greensburg | LA | 70441 |
| **Scott** | **Decker** | 3433 Constance St. | | New Orleans | LA | 70115 |
| **Andrew** | **DeMaria** | 6000 Johnston St. | Apt 1109 | Lafayette | LA | 70503 |
| **Emily** | **DeMars** | 79234 Hwy 25 | | Folsom | LA | 70437 |
| **Nicholas** | **DeMatteis** | 133 Cherokee Circle | | Sunset | LA | 70584 |
| **Marlos** | **Demoraes** | 698 Meadowview Lane | | Pensacola | FL | 32514 |
| **Randy** | **Dempsey** | 1109 18h Ave SW | | Great Falls | MT | 59404 |
| **Dean** | **DeStefano** | 21725 Englehardt St. | | St. Clair Shores | MI | 48080 |
| **Donald** | **Devane** | 201 N 40th Ave | Apt 9 | Hattiesburg | MS | 39401 |
| **Evan** | **DeWitt** | 2314 Kaliste Saoom | Apt 1015 | Lafayette | LA | 70508 |
| **Troy** | **Dibble** | 3390 Gandy Blvd N | Lot 363 | St. Petersberg | FL | 33702 |
| **Gerald** | **Didier Jr.** | 31547 River Pines Dr. | | Springfield | LA | 70462 |
| **Mark** | **Diebold** | 813 3rd St. | | League City | TX | 77573 |
| **David** | **Diehl** | 2306 W. McLead St. | | Pensacola | FL | 32502 |
| **Justin** | **Dillon** | 13675 Coursey Blvd. | Apt. 423 | Baton Rouge | LA | 70817 |
| **Richard** | **DiSanto** | 128 Quaker St. | | Northbridge | MA | 01534 |
| **John** | **Dixon** | 109 kimble st. | Apt. H | Belle Chasse | LA | 70056 |
| **Alexander** | **Doss** | 914 Congress St. | | New Orleans | LA | 70117 |
| **Marcus** | **Douget** | PO Box 15695 | | Hattiesburg | MS | 39404 |
| **James** | **Downs** | 2474 Blackbeard Dr. | | Jacksonville | FL | 32224 |
| **Albert** | **Dozert** | 37430 E. Hillside Dr. | | Prairieville | LA | 70769 |
| **Bernard** | **Dreas** | 3320 N. Arnoult Rd. #115 | | Metairie | LA | 70002 |
| **Jeremy** | **Dufort** | 4542 Catahoula Hwy | | St. Martinville | LA | 70582 |
| **Jerry** | **Duke** | 1700 College Farm Rd. | | Murray | KY | 42071 |
| **Quinn** | **Durand** | 58 Metairie Ct. | | Metairie | LA | 70001 |
| **Monte** | **Dutcher** | 524 S 2nd | | Lincoln | KS | 67455 |
| **Jason** | **Dycus** | 15505 Profit Ave. | | Baton Rouge | LA | 70817 |
| **Steven** | **Dyer** | 625 W. Berkeley Ct. | | Ontario | CA | 91762 |
| **Nicholas** | **Dykes** | 128 N. Railroad St. | | Breaux Bridge | LA | 70517 |
| **Carrol** | **Eason** | 3744 Clematis St. | | New Orleans | LA | 70122 |
| **John** | **Ebbecke** | 3025 Karen Dr. | | Morgan City | LA | 70380 |
| **Danyson** | **Eddy** | 73521 Fairway Dr. | | Abita Springs | LA | 70420 |
| **Joseph** | **Ellzey** | 13405 Wolf Ridge Rd. | | Moss Point | MS | 39562 |
| **Thomas** | **Engel** | PO Box 211 | | Rayne | LA | 70578 |
| **Jose** | **Espinosa** | 5235 Paducah Ct. | | E. Baton Rouge | LA | 70817 |
| **Garry** | **Espiritu** | 8299 Abbeyfield Dr. | | Jacksonville | Fl | 32277 |
| **Vincent** | **Esposito** | 252 Pebble Beach Cr | C103 | Naples | FL | 34113 |
| **Nathaniel** | **Estee** | 7226 Century Place | | Middleton | WI | 53562 |
| **Jovon** | **Evins** | 3118 Frey Pl. | | New Orleans | LA | 70119 |
| **Joshua** | **Fabian** | 200 Bridgeway dr. | Apt. 249 | Lafayette | LA | 70506 |
| **James** | **Farrelly** | 313 N Hullen | | Metairie | LA | 70001 |
| **Julian** | **Fesmire** | 2003 Queens Ct. | | Greensboro | NC | 27408 |
| **Jose** | **Figueroa** | 1702 N Marine Ave. | | Wilmington | CA | 90744 |
| **James** | **Finch** | 425 Derek Rd. | | Eddy | TX | 76524 |
| **Duane** | **Fishell** | 113 Piedmont Ln | | Youngsville | LA | 70592 |
| **Clay** | **Fogleman** | 126 Silver Ter | | Universal City | TX | 78148 |

| First | Last | Address | Unit | City | State | Zip |
|---|---|---|---|---|---|---|
| James | Folk | 20414 Lullabye Lane | | Hammond | LA | 70401 |
| Anthony | Fontenot | 600 Oak St. | | Oakdale | LA | 71463 |
| Shawn | Foote | 122 Forrest Rd. | | Morgan City | LA | 70380 |
| Ellis | Foret | 107 Maxine Blvd | | Gray | LA | 70359 |
| Jonathan | Foris | 2840 NW North Star Dr. | | Silverdale | WA | 98383 |
| Ricky | Foster | 4571 Bellamy Bridge Rd. | | Marianna | FL | 32446 |
| Anthony | Fowler | 5 Rob Brook Rd. | | Crandall | GA | 30711 |
| Douglas | Franklin | 508 Dodson St. | | New Iberia | LA | 70563 |
| Eric | Frawley | 1311 W 25th St. | #A | Houston | TX | 77008 |
| Charles | Freemon | P.O. Box 339 | | Luling | LA | 70070 |
| Alan | Freitas | 1237 Wilson Rd | | Cloverdale | CA | 95425 |
| Aaron | Frey | 305 Estate Dr. W | | Mandeville | LA | 70448 |
| Richard | Gallant | 101 Grove Dr. | | Saint Martinville | LA | 70582 |
| Chad | Galloway | 28112 FM 2090 E | | Splendora | TX | 77372 |
| Efrem | Garcia | 14819 Flowerwood Dr. | | Houston | TX | 77062 |
| Corey | Garcia | 220 Wilree Dr. | | New Iberia | LA | 70560 |
| Hiram | Garcia | 6728 Star Shell Bay Ave. | | Las Vegas | NV | 89139 |
| Matthew | Garcia | 2043 Minor Ave | E | Seattle | WA | 98102 |
| Matthew | Garrett | 5 South Bonita Dr. | | Madisenville | LA | 70447 |
| John | Gauthier | 315 Adrienne St. | | Lafayette | LA | 70506 |
| James | Geissler | 9271 Winterwood Circle | | Huntington Beach | CA | 92646 |
| John | Gentry | 271 Grandwood | Apt 22 | Patterson | LA | 70392 |
| Daniel | Gerecke | 11 Blue Creek Pl. | | Spring | TX | 77382 |
| Flint | Getzel | 4344 Langley Ave. | Apt. E232 | Pensacola | FL | 32504 |
| Donald | Gibbons | 129 West Spring Street | | Pinehill | NJ | 08021 |
| Marty | Gibson | 1640 Clio St. | Apt. 4 | New Orleans | LA | 70130 |
| David | Gibson | 4143 Ermine Ln | | Milton | FL | 32583 |
| Jason | Gilman | 608 General Hodges St. | | Morgan City | LA | 70380 |
| Joshua | Glass | 229 Duclos | | Lafayette | LA | 70506 |
| Michael | Gogola | 110 Romero Rd. | | Youngsville | LA | 70592 |
| Joshua | Goldberg | 490 Holly Road | | Monticello | FL | 32344 |
| Roy | Gomez | 3600 Kaliste Saloom Rd. | #410 | Lafayette | LA | 70506 |
| Dana | Gordon | 17305 NE 45th Street | #130 | Redmond | WA | 98052 |
| Justin | Gorski | 11187 Trail Way | | Morongo Valley | CA | 92256 |
| Stephen | Gough | 1924 Brighton St. | | Downers Grove | IL | 60516 |
| Curtis | Gould | 8210 186th St. Ct. E. | | Puyallup | WA | 98375 |
| Jacob | Grant | 206 Floridian Lane | | Lafayette | LA | 70506 |
| Michael | Gray | 560 Morningside Dr. | | Gretna | LA | 70056 |
| Guillermo | Gray | 12355 Wellington Pack Dr. | | Houston | TX | 77072 |
| John | Green | 13312 Bunker Hill Dr. | | Willis | Tx | 77318 |
| Damon | Grieve | 1544 N. Co. Hwy 393 | | Santa Rosa Beach | FL | 32459 |
| Carl | Griffin | 939 Rosedown Ln. | | Lafayette | LA | 70503 |
| Ian | Griffin | 114 Green Side Ct. | | Lafayette | LA | 70508 |
| Michael | Gross | 5503 Pipingwood Dr. | | Houston | TX | 77084 |
| Charles | Gruber | 28489 Apple Blossom Lane | | Ponchatoula | LA | 70454 |
| Earl | Guidry | 22466 Mercedes Rd | | Gulfport | MS | 39503 |
| Wayne | Guidry | 110 Guadalajara St. | | New Iberia | LA | 70563 |
| Shaun | Haaland | 3038 21st S. | | Fargo | ND | 58103 |
| Jonah | Haddad | 2592 Hwy 25 South | | Rice | WA | 99167 |
| Adam | Hagewood | 3826 Peters Rd. | #88 | Harvey | LA | 70058 |
| Brian | Haley | 1101 Alverado Dr. | | Long Beach | MS | 39560 |
| William | Hall | 530 Hart Rd. | | Macomb | MT | 65702 |
| Jonathan | Hall | 1818 Glider Ln | | Sandy | UT | 84093 |
| Travis | Hamilton | 132 Morningside Dr. | | Hot Springs | AR | 71913 |
| Joshua | Hanks | PO Box 1151 | | Rosharon | TX | 77583 |
| Eric | Hansen | 706 General Knox Rd. | | Russell | MA | 01071 |
| Joseph | Hardison | 507 Fisher St. | | Morehead City | NC | 28557 |
| Patrick | Harkness | 1700 Baronne St | Apt 355 | New Orleans | LA | 70113 |
| Randy | Harp | 138 1/2 Dolphin Avenue | | Seal Beach | CA | 90740 |
| Glenn | Harrington | 9408 NE 81st Ave. | | Vancouver | WA | 98662 |
| Todd | Hartman | 145 Lefort Lane | | Golden Meadow | LA | 70357 |
| Brandon | Hartman | 28215 Crossprarie Dr. | | Katy | TX | 77494 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kaleb | Harvey | 1911 Meadows Drive N | | Richland | WA | 99352 |
| Shawn | Hedin | 2538 Sandvalley Way | | League City | TX | 77573 |
| Gregory | Heisler | 102 Esteva St. | | Duson | LA | 70529 |
| Mark | Hencke | 709 Ombrage Rd. | | Carencro | LA | 70520 |
| Donald | Henderson | 210 Nursery Ave. | | Metairie | LA | 70005 |
| Josh | Henry | 22899 Atchafalaya Ave. | | Denham Springs | LA | 70726 |
| Jeff | Hensley | 59 529 Akanoho Rd. | | Haleiwa | HI | 96712 |
| Ryan | Henson | 12451 W Clovermeadows | | Boise | ID | 83713 |
| Eric | Herbert | 2120 C Jena St. | | New Orleans | LA | 70115 |
| Mark | Herrin | 863 Country Rd. 601-A | | Kirbyville | TX | 75956 |
| Albert | Herzog | 4818 Hwy. 182 W | | Patterson | LA | 70392 |
| Michael | Hickman | 714 General Hodges | Apt 2 | St. Mary | LA | 70380 |
| Glenn | Higginbotham | 77072 Riverbend Ln | | Folsom | LA | 70437 |
| Jose | Higuera | 316 Pine Grove Circle | | West Monroe | LA | 71291 |
| Andrew | Hill | 404 Main | | Stilwell | KS | 66085 |
| Brandon | Hillaker | 29 Sandra Ct. | | Saginaw | MI | 48602 |
| Jason | Hinds | 1915 Emerald Pathway Dr. | | Spring | TX | 77388 |
| James | Hitt | 164 Rock Hill Church Rd. | | Stafford | VA | 22556 |
| John | Hoard | 203 River Oak Cir. | | Lafayette | LA | 70508 |
| Michael | Hobbs | 227 Duperier Ave | | New Iberia | LA | 70563 |
| Paul | Hoffman | 19 North Missouri | | Fromberg | MT | 59029 |
| Michael | Hofmann | 614-C So Bus. IH 35 #3 | | New Braunfels | TX | 78130 |
| Eric | Holand | 5907 Alamosa Circle | | Jacksonville | FL | 32258 |
| Paul | Holden | 23016 Westmeadow Dr. | | Whitney | TX | 76692 |
| Donald | Holland | 119 Mercury Rd. | | Morgan City | LA | 70380 |
| Jason | Holland | 1006 Claire Dr. | | Morgan City | LA | 70380 |
| Shane | Holloway | 1302 FM 646 N | Site 1 | Dickinson | TX | 77539 |
| Lance | Holmes | 2509 Eclipse Ln. | | Pensacola | FL | 32514 |
| Ryan | Hood | 207 Fox Run | # 3 | Lafayette | LA | 70508 |
| Benjamin | Hopson | 15411 Red Maple Pl. | | Greenwell Springs | LA | 70739 |
| Martin | House | 2728 NASA Rd. 1 | # 1424 | Seabrook | TX | 77586 |
| Matthew | Houston | PO Box 2882 | | Indianapolis | IN | 46206 |
| Shannon | Hovey | PO Box 62 | | Bastrop | TX | 78602 |
| Evan | Howington | 1303 Pinto Pass | | Alvin | TX | 77511 |
| Douglas | Hoy | 8008 Bluebonnet Blvd. | Apt 14-4 | Baton Rouge | LA | 70810 |
| Brian | Hoyt | 129 Maple Grove Lane | | Youngsville | LA | 70592 |
| Christopher | Hufham | 6115 N. Davis Hwy. | Apt. 29-B | Pensacola | FL | 32504 |
| Spencer | Hume | 4001 Kimberly Dr. | | Morgan City | LA | 70380 |
| Samuel | Humphrey | 1701 Cannon St. | | Helena | MT | 59601 |
| George | Hunt | PO Box 857 | | Cedartown | GA | 30125 |
| Stephen | Hyska | 28 Hankins Dr. | | Hampton | VA | 23669 |
| Tobias | Idhammar | 230 Shadowbrush Bend | | Lafayette | LA | 70506 |
| Michael | Inglis | 15003 Wax Myrtle Ave. | | Baton Rouge | LA | 70817 |
| Jesse | Ingram | 2412 N. Turnbull Dr. | | Metairie | LA | 70001 |
| Jonathan | Ingwell | 15003 Wax Myrtle Ave. | | Baton Rouge | LA | 70817 |
| Patrick | Ireland | 14002 Cypress Breeze Ct. | | Cypress | TX | 77429 |
| Jason | Iron Moccasin | 221 Lake Marina Ave Box B-5 | | New Orleans | LA | 70124 |
| Donlad | Jablonowski | 15151 W. Dahlia Dr. | | Surprise | AZ | 85379 |
| Devlin | Jackson | 408 Little Lake Rd. | | Hutto | TX | 78634 |
| Pablo | Janssens | 1403 N Causeway Blvd | #98 | Mandeville | LA | 70471 |
| Jerico | Jeansonne | 2414 Claude Leblanc | | New Iberia | LA | 70560 |
| Casey | Jenings | 7015 S. Addison Ct. | | Aurora | CO | 80016 |
| Jacob | Jenkins | 316 Elmore St. | | Saint Martinville | LA | 70582 |
| Robert | Jensen | 39265 Via Curvado | | Murrieta | CA | 92563 |
| Brad | Joanis | 26550 Cherryville Rd. | | Ashland | WI | 54806 |
| Ryan | Jockers | 118 Kingspointe Cir. | | Lafayette | LA | 70508 |
| Hilton | Johns | 1300 Laban Ave. | | Houma | LA | 70363 |
| Craig | Johnson | 14006 Barge Rd. | | Ocean City | MD | 21842 |
| Matt | Johnson | 11076 Audubon Trace Dr. | | Hammond | LA | 70401 |
| Daniel | Johnson | 8066 Nalo Creek Loop | | Pensacola | FL | 32514 |
| Robert | Johnson | 3591 Pleasant View Ct. | | Pace | FL | 32571 |
| Paul | Johnson | 4700 Cypress Creek Ave E | | Tuscaloosa | AL | 35405 |

| First | Last | Address | Unit | City | State | Zip |
|---|---|---|---|---|---|---|
| Joshua | Johnson | 1407 Lancelot St. | | Borger | TX | 79007 |
| Edward | Johnston | 3820 State Street Drive | Apt. D | New Orleans | LA | 70125 |
| Cattoi | Jones | 11106 Garnet Cir | | Stockbridge | GA | 30281 |
| Jeremy | Jones | 295 Woodlawn Dr. | | Eufaula | AL | 36027 |
| Evan | Jones | 182 Frontier Lane | | Elk | WA | 99009 |
| Isaac | Joo | 223 Shay Dr. | | Houma | LA | 70360 |
| Eric | Judice | 101 Grove St. | | St. Martinville | LA | 70582 |
| Gregory | Junior | 507 N Marlin Ct | | Terrytown | LA | 70056 |
| Jeffrey | Jusino | 8195 Scenic Hwy | | Pensacola | FL | 32514 |
| Jesse | Kabanov | 101 St.Ann | #431 | Mandeville | LA | 70471 |
| Don | Karcher | 2661 Elgarose Rd | | Roseburg | OR | 97471 |
| Jamie | Kazuk | 2404 Lloyds Ave. | | Chalmette | LA | 70043 |
| Anthony | Keller | 14058 Woodmont Dr. | | Gulfport | MS | 39503 |
| Arturo | Kelly | 609 Palomas St. SE | | Alburqueruqe | NM | 87108 |
| Thomas | Kemper | 202 Jenci Dr. | | Broussard | LA | 70518 |
| Boyd | Kennen | 130 Penny Lane | | Lecompte | LA | 71346 |
| Adam | King | 10656 Hwy 23 | #HR108 | Belle Chasse | LA | 70037 |
| Tracy | Kitchen | 111 Ashford Ln. | | Youngsville | LA | 70592 |
| Timothy | Kivi | 1591 Eaton Ave | | Hemet | CA | 92543 |
| Jason | Kleinschmidt | 20106 Beard St. | | Corneluis | NC | 28031 |
| Benjamin | Kmack | 1442 Quail Crossing | | Grants Pass | OR | 97526 |
| Christopher | Kobasic | 113 Doncaster Cir. | | Youngsville | LA | 70592 |
| James | Kober | 179 Copperhead Lane | | Cave City | AR | 72521 |
| James | Kosten | 3W 102 Ickenham Ln. | | Elgin | IL | 60124 |
| David | Kowal | 3820 St Charles | #B | New Orleans | LA | 70115 |
| Branimir | Kremenic | 101 Gloucester Rd. | Apt 17 | Lafayette | LA | 70506 |
| Mike | Krumm | 3002 Blue Lagoon Ct. | | Missouri City | TX | 77459 |
| Paul | Krumwiede | 2412 N. Turnbull Dr. | | Metairie | LA | 70001 |
| Donovan | Kubowicz | N454 Cap Cod Ave. | | Appleton | WI | 54914 |
| Shane | Kunschner | 322 Hwy 96 | | Broussard | LA | 70518 |
| Joshua | Kunze | 315 Tiffany St. | | Patterson | LA | 70392 |
| Adam | LaCross | 409 Green Cedar Dr. | | League City | TX | 77573 |
| Edwin | Laney | 2600 Houma Blvd. | 704 | Metairie | LA | 70001 |
| Robert | Laney | 220 Wilkie St. | #762 | Lafayette | LA | 70506 |
| Gary | Larsen | 1216 Arnold Dr. | | Moses Lake | WA | 98837 |
| Baldeo | Latchman | 5762 FM 1069 North | | Aransas Pass | TX | 78336 |
| Marlo | Lauritzen | 133 S. 41 ST. | | Bellingham | WA | 98229 |
| Christopher | Lawson | 521 St. Mary St. | # 304 | New Orleans | LA | 70130 |
| Nathaniel | Lebeau | 5016 Trenton St. | | Metairie | LA | 70006 |
| Robert | Leeper | 14155 Hwy 53 | #28 | Prairieville | LA | 70769 |
| Carlos | Leiva | 6677 Bon Bay Dr. | | Milton | FL | 32583 |
| Richard | Lenzen | 30020 Berry Todd Rd. | | Lacombe | LA | 70445 |
| Lisa | LeSassier | 2216 Neyrey Dr. | | Metairie | LA | 70001 |
| Robert | Leveritt | 1156 Carter Blake Rd. | | Tullahoma | TN | 37388 |
| Jason | Lewis | 2166 Hillridge Ave | | Baton Rouge | LA | 70810 |
| Lincoln | Lewis | PO Box 1502 | | Newton | TX | 75966 |
| Matthew | Lieb | 3032 Palmyra St. | | New Orleans | LA | 70119 |
| Christopher | Liming | 402 Fantasy Ln | | Montgomery | TX | 77356 |
| William | Linck | 205 Hesper Dr. | | Carencro | LA | 70520 |
| David | Lindberg | 5909 Shanghai Pierce Rd. | | Austin | TX | 78749 |
| Jeremy | Locke | 4405 Young St. | | Metairie | LA | 70006 |
| Ryan | Loiseau | 2314 Kaliste Saoom | 1004 | Lafayette | LA | 70508 |
| Daniel | Lokerson | 1600 Marinabay Dr. | Unit 309 | Panama City | FL | 32409 |
| James | Long | 111 Reese Ln. | | Hubert | NC | 28539 |
| Cory | Long | 265 E. 2nd Avenue | | Clifton | IL | 60927 |
| Merlin | Macias | 2705 N. Rampart | | New Orleans | LA | 70117 |
| Matthew | Mackay | 324 Lantier Rd. | | Carencro | LA | 70520 |
| Robert | MacMicking | 9613 Maurice Ave | Apt 2101 | Maurice | LA | 70555 |
| Cody | Madigan | PO BOX 1288 | | Youngsville | LA | 70592 |
| Rodney | Magee | 107 Fortenberry Rd. | | Tylertown | MS | 39667 |
| Walter | Maggard Jr. | 5962 W. Forest Isle Dr. | Apt. 432 | New Orleans | LA | 70131 |
| Levi | Mahurin | 171 Turtle Creek Dr. | E301 | Branson | MO | 65616 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Eric | Manfredonia | 814 Marilla Ave. | | Santa Barbara | CA | 93101 |
| Steven | Manning | 213 Rutledge Ave. | | Beaufort | NC | 28516 |
| Ryan | Marino | 328 Hollywood Blvd | | Fort Walton Beach | FL | 32548 |
| Jeffrey | Marsh | 6462 Oxbow Ln. | | Flint | MI | 48506 |
| Thomas | Marsh | 515 Harvest Dr. | | Lafayette | LA | 70508 |
| Jesse | Marshall | 1732 Alki Ave. SW | | Seattle | WA | 98116 |
| Bryan | Martin | 381 Beach Dr. | | Seaside | OR | 97138 |
| Arthur | Martin | 3905 Plains Dr. | | Shepherd | MT | 59079 |
| Brandon | Martin | 11483 La Grange Dr. | | Frisco | TX | 75035 |
| Shawn | Martin | 1407 Seely St. | | Arlington | TX | 76018 |
| Albert | Martinez | 33 Mary St. | | Madisonville | LA | 70447 |
| Rafael | Martinez | 220 City Blvd West | #103 | Orange | CA | 92868 |
| Bradley | Marynik | 311 Sandi Dr. | | Patterson | LA | 70397 |
| Eugene | Mason | 2144 Bradford Place | | Harvey | LA | 70058 |
| Dave | Mateo | 100 Kelsea dr. | | Broussard | LA | 70518 |
| Bart | May | 8421 Yukon Circle N | | Champlin | MN | 55316 |
| Jason | Mays | 1789 San Marco Blvd. | Apt. 2 | Jacksonville | FL | 32207 |
| Matthew | McCambridge | 804 N 17th Ave | | Pensacola | FL | 32501 |
| Richard | McCarthy | 205 Leon St. | | New Iberia | LA | 70560 |
| Donald | McClave Jr. | 368 Bodacou Sta. Rd. | | Haughton | LA | 71037 |
| Raymond | McCleary | 315 Guilbeau Rd. | Apt. 622 | Lafayette | LA | 70506 |
| Wesley | McClurg | 11 Alice St. | | Madisonville | LA | 70447 |
| Patrick | McCoon | 1004 Tanton Circle | | Pensacola | FL | 32506 |
| Brock | McCorkle | 204 Fairpoint Dr. | | Gulf Breeze | FL | 32561 |
| Timothy | McCoy | 3546 1/2 Falcon | | Long Beach | CA | 90755 |
| Jared | McCuller | 407 Thunderstorm Avenue | | Lockhart | TX | 78644 |
| Scott | McDonald | P.O. Box 60339 | | Lafayette | LA | 70506 |
| Sean | McElroy | 2707 Rochelle Pl | Apt 67 | Simi Valley | CA | 93063 |
| Lowell | McGee | 318 Robinhood Road | | Covington | LA | 70443 |
| Patrick | McGee | 3700 Teds Cove | | Snellville | GA | 30039 |
| Robert | McInturff | 215 Clifton Ave. | | Natchez | MS | 39120 |
| Michael | McKenney | 4011 Rosedale Ave. | | Austin | TX | 78756 |
| Darrell/Jimmy | McKenzie | 7250 Al Hwy 204 | | Jacksonville | AL | 36265 |
| Zachary | Meador | 11417 Patillo Rd. | | DeWitt | VA | 23840 |
| Seth | Medford | 312 State St. | | New Orleans | LA | 70118 |
| Felix | Mejia | 1177 Sterling Point Pl | | Gulf Breeze | FL | 32563 |
| Timothy | Melder | 186 Inez Dr. | | Jenerette | LA | 70544 |
| Andrew | Merchant | 2412 N. Turnbull Dr. | | Metairie | LA | 70001 |
| Daniel | Merz | 210 Pilgrimage Dr. | | Lafayette | LA | 70506 |
| Andrew | Metzger | 1318 Lee Dr. | | Thibodaux | LA | 70301 |
| Justin | Mhoon | 3301 SW 13th St. | Apt 297V | Gainesville | FL | 32608 |
| Tyler | Michaelson | PO Box 15650 | | New Orleans | LA | 70592 |
| Rafe | Miguez | 312 West Hickman St. | | Delacambre | LA | 70528 |
| David | Miller | 1222 Esplanade Ave. | | New Orleans | LA | 70116 |
| Chad | Miller | 110 Springfield Rd. | | Carencro | LA | 70520 |
| Darin | Miller | PO Box 8018 | | Biloxi | MS | 39535 |
| William | Mills | 1810 Oak Ridge | | Kemah | TX | 77565 |
| Richard | Mitchell | 3060 Bristol Rd. | Apt 131 | Bensalem | PA | 19020 |
| Rodrigo | Molina | 306 Ayreshire Dr | | Lafayette | LA | 70503 |
| Timothy | Monahan | 1902 Place Rebecca La | #R10 | Houston | TX | 77090 |
| Steve | Moncreiff | 4031 Tiger Point Blvd. | | Gulf Breeze | FL | 32563 |
| Samson | Montoya | 606 Arbor Green Ln. | | Rosenberg | TX | 77469 |
| John | Moore | 19262 Township Rd. | | Covington | LA | 70435 |
| William | Morgan | 1919 Highway 35N | #4 | Rockport | TX | 78382 |
| Michael | Morgan | 12366 Copperwood Dr. | | Foley | AL | 36535 |
| Levy | Morgan | 1115 North 50th Ave. | | Pensacola | FL | 32506 |
| Robert | Moro | 2701 Bayou Carencro Dr. | | Marrero | LA | 70072 |
| Silvester | Morris | 705 DeFee St | Apt B | Humble | TX | 72338 |
| Keith | Morrison | 100 Winchester Dr. | Unit 110 | Lafayette | LA | 70506 |
| Larry | Mosher | 139 Dove Circle | | Lafayette | LA | 70508 |
| David | Murdock | 5901 Railroad Ave. | | Marrero | LA | 70072 |
| Michael | Murphy | 18160 Trials End Rd | | Conroe | TX | 77385 |

| First | Last | Address | Apt | City | State | Zip |
|---|---|---|---|---|---|---|
| Eric | Mutnan | 5710 Melbrook Dr. | | Houston | TX | 77041 |
| Kyle | Myers | 6415 Johanne Ct. | | Austin | TX | 78750 |
| Jason | Myers | 26606 Clear Mill Ln. | | Katy | TX | 77494 |
| Sean | Naughton | 104 B Shadycrest Ave. | | Lafayette | LA | 70501 |
| Oscar | Navarro | 1328 Bellgrove | | El Lago | TX | 77586 |
| Cullen | Nay | 615 Castain Dr. | | Mandeville | LA | 70448 |
| Elmer | Naylor | 518 Ramon St. | | Mandeville | LA | 70448 |
| Rhett | Nelson | PO Box 266 | | Girdwood | AK | 99587 |
| Eduardo | Nelson | 9919 Sagemark | | Houston | TX | 77089 |
| Brian | Nemeth | 4350 Hwy 90 | Lot 6 | Lafayette | LA | 70518 |
| Chuong | Nguyen | 14719 Bronze Finch Dr. | | Cypress | TX | 77433 |
| Timothy/Colton | Nichols | P.O. Box 630 | | Rockport | TX | 78381 |
| Dean | Nielsen | 234 Burkett St. | | Richwood | TX | 77531 |
| Kenneth | Oakley | 3124 Nature Dr. | | Marrero | LA | 70072 |
| Jason | Oatman | 23172 Hutchinson Rd. | | Springfield | LA | 70462 |
| Kyle | Oblinger | 320 N. St. Patrick St. | | New Orleans | LA | 70119 |
| Zachariah | O'Brien | 8046 Castle Pointe Way | | Pensacola | FL | 32506 |
| Shadi | Odeh | 6140 Eastern Ave | | Commerce | CA | 90040 |
| Brandon | Odom | RR2 Box 4009 | | Westville | OK | 74965 |
| Allan | Oggs | 6811 Old Canton Rd. | Apt 2102 | Ridgeland | MS | 39157 |
| Justin | Olsen | 3032 Classic Dr. | | Pensacola | FI | 32507 |
| David | Oltrogge | 1221 W. 6th Street | | Waterloo | IA | 50702 |
| Ron | O'Neil | 1636 Lindale Ln | | Green Bay | WI | 54313 |
| Marcos | Orbegoso | 33 Mary St. | | Madisonville | LA | 70447 |
| Stephen | Osborne | 310 Pine St. | | Metairie | LA | 70005 |
| Raymond | Padilla | 614 Gilmer Rd. | #195 | Longview | TX | 75604 |
| Eric | Padilla | 1203 9th. Ave. | | Canyon | TX | 79015 |
| Dave | Painter | 211 Liberty Ave | Apt 135 | Lafayette | LA | 70508 |
| Patrick | Palacios | 109 Plaquemine Rd. | | Lafayette | LA | 70506 |
| Michael | Pamatat | 14436 68st North | | Loxahatchae | FL | 33470 |
| Michael | Pantry | 21 George Pearson Rd. | | Picayune | MS | 39466 |
| Erick | Parson | 5977 Robin Wood Rd. | | Monticello | MS | 39654 |
| Jonathan | Patrick | 7726 Galleon Field Ln. | | Cypress | TX | 77433 |
| Clarence | Patten | 461 Houma Highlands Ct. | Apt2108 | Houma | LA | 70360 |
| James | Paul | 1919 Blvd. De Province | Apt 122 | Baton Rouge | LA | 70816 |
| Donald | Payne | 486 Perro Pl. | | Highland Village | TX | 75077 |
| John | Pearson | 4716 Annunciation Street | | New Orleans | LA | 70115 |
| Gus | Peavy | 4805 W. Village Way SE | # 3405 | Smyrna | GA | 30080 |
| David | Peck | 1500 W. Esplanade Ave. | 27 F | Kenner | LA | 70065 |
| Ian | Pecor | 205 Lana Drive | | Lafayette | LA | 70503 |
| Ross | Penney | 2713 Gehring Dr. | | Gretna | LA | 70053 |
| Mark | Pera | 30234 Aldine Westfield Rd. | | Spring | TX | 77386 |
| Joshua | Perdue | 811 Taylor Ave | | Huron | OH | 44839 |
| Antonio | Pereira | 20117 AW Galloway Rd. | | Covington | LA | 70435 |
| Paul | Perez | 137 Four O'Clock Ln. | | Waggman | LA | 70094 |
| Matt | Perkins | 14331 Lantern Ln. | | Houston | TX | 77015 |
| Charles | Phipps | 2823 Aldersgate Rd | | Medofrd | OR | 97504 |
| James | Pickett | 5401 Beau Rd. | | Maurice | LA | 70555 |
| Robert | Plasse | 1047 Fils Lane | | Breaux Bridge | LA | 70517 |
| Chester | Plotner | 507 7th St. | | Morgan City | LA | 70380 |
| Thad | Plunk | 2225 Ethel St. | | Sulphur | LA | 70665 |
| Jeff | Pogue | 12301 Old Stage Trail | | Austin | TX | 78750 |
| Jason | Portmann | 8430 N Bolder Dr. | | Citrus Springs | FL | 34434 |
| Douglas | Pounds | 83285 Brister Mitchell Rd.PO Box 802 | | Sun | LA | 70463 |
| Albert | Powell | 40 Lake Dr. | | Monroe | LA | 71203 |
| Kevin | Preusser | 3535 Nasa | #28 | Seabrook | TX | 77586 |
| Dale | Prinke | 6721 Washington Ave. | Apt. 33C | Ocean Springs | MS | 39564 |
| Miguel | Puga | 8714 Honora | | San Antonio | TX | 78221 |
| Louis | Puryear | 2713 Gehring Dr. | | Gretna | LA | 70053 |
| Christopher | Ranniger | 2495 Sawdust Rd. | Apt 1707 | The Woodlands | TX | 77380 |
| David | Rasberry | 3916 Breeze Port Way | Apt 301 | Suffolk | VA | 23435 |
| Albert Shane | Reagan | 816 CR 451 E PO BOX 52 | | Olden | TX | 76466 |

| First | Last | Address | Unit | City | State | Zip |
|---|---|---|---|---|---|---|
| Benjamin | Reed | 1342 Hicks Rd. | | Big Sandy | TN | 38221 |
| Matt | Remsing | 533 CR 2110 | | Daingerfield | TX | 75638 |
| Daniel | Renz | 6700 NW 78th St. | | Tamarac | FL | 33321 |
| Todd | Reynolds | 102 Starling Lane | | Lafayette | LA | 70508 |
| Cory | Reynoldson | 121 Woodstock Dr. | | Youngsville | LA | 70592 |
| Ernest | Rials | PO BOX 821928 | | Vicksburg | MS | 39182 |
| Kyle | Rice | 707 Natalie Dr. | | Houma | LA | 70364 |
| Doug | Riggs | 1609 Llani Lane | | Gulf Breeze | FL | 32563 |
| Jaried | Rise | 13807 E 46th Ave | | Spokane | WA | 99206 |
| Ricardo | Rivera | 110 Theo Street | Apt E | Lafayette | LA | 70508 |
| Ruben | Rivera Jr. | 3217 Nature Dr. | | Marrero | LA | 70072 |
| Ruben | Rivera Sr. | 3217 Nature Dr. | | Marrero | LA | 70072 |
| Richard | Rivers | 2350 Gale Ave. | | Long Beach | CA | 90810 |
| Spencer | Robb | 1012 E. Routt | | Pueblo | CO | 81004 |
| James | Robbinson | 918 Taulbee Ln. | | Austin | TX | 78757 |
| Morgan | Roberts | 2432 LaSalle St. | | EauClaire | WI | 54703 |
| Jason | Roberts | 6922A Milne Blvd. | | New Orelans | LA | 70124 |
| Thomas | Robins | 102 Treetop Court | | Dothan | AL | 36301 |
| Brian | Robinson | 10806 Kleberg Place Dr. | | Houston | TX | 77064 |
| Hector | Rodriguez | 2720 Akron St | | Kenner | LA | 70062 |
| Greg | Rohrback | 306 Everette St. | | New Iberia | LA | 70380 |
| Rhodes | Rollins | 4906 Lake Wichita | | Richmond | TX | 77469 |
| Matthew | Ronne | 1068 Fir St. | | Olympia | WA | 98501 |
| Ryan | Rooney | 8904 S.E. Flavel Dr. | | Portland | OR | 97206 |
| Alex | Roscoe | 2766 Deerwood Trail | | Marietta | GA | 30062 |
| Maximilian | Rose | 3400 Kent Ave. | Apt R 305 | Metairie | LA | 70003 |
| Patrick | Rush | 70497 First St. | | Covington | LA | 70433 |
| Christian | Sanchez | 2866 O'Connell Dr. | | Kissimmee | FL | 34741 |
| Shawn | Sargent | 5525 Peace St. | | Gulf Breeze | FL | 32563 |
| Thomas | Savage | 218 Loug Pointe Rd. | | Youngsville | LA | 70592 |
| Marcus | Savell | 48 Teel Rd. | | Midway | TX | 75852 |
| Charles | Savoie | 432 Wagner St. | | New Orleans | LA | 70114 |
| Daniel | Schafer | 311 Rebel Ridge Rd. | | Hemphill | TX | 75948 |
| Robert | Schailler | 5326 Wilderness Dr. | | Baton Rouge | LA | 70817 |
| David | Scheffsky | 101 Teche Rd. | | Morgan City | LA | 70380 |
| David | Scheinhost | 12229 NE 130th Way | Apt G205 | Kirkland | WA | 98034 |
| Ross | Scheithauer | 41057 C Corkern Rd. | | Franklinton | LA | 70438 |
| Nicholas | Schevikhoven | 8835 Brierwood Rd. | | Jacksonville | FL | 32257 |
| Dennis | Schiltz | 2235 South Gayoso St. | | New Orleans | LA | 70125 |
| Virgil | Schlenker | 1134 Donnell Rd. | | Broussard | LA | 70518 |
| Eric | Schmid | 43298 N Henderson Ave | | Prairieville | LA | 70769 |
| Andrew | Schmidt | 25w146 Fairmeadow Lane | | Naperville | IL | 60563 |
| Ryan | Schneider | 806 Country Club Rd. | | Georgetown | TX | 78628 |
| Jeffrey | Schroeder | 130 Moonraker Dr. | | Slidell | LA | 70458 |
| Michael | Schultz | 151 Cloister Dr. | | Peachtree City | GA | 30269 |
| Brandon | Secord | 11 Alice st. | | Madisonville | LA | 70447 |
| Charles | Seguin | 416 Una St. | | Denham Springs | LA | 70726 |
| Jason | Sergeant | 314 Elden Glen | | Webster | TX | 77598 |
| Anthony | Setera | 1185 Ave F | | Seaside | OR | 97138 |
| Corey | Sexton | 2281 County Rd. CC | | Muleshoe | TX | 79347 |
| George | Sharp | 802 Marble St. | | El Campo | TX | 77437 |
| Matthew | Shea | 722 Nile River Dr. | | Oxnard | CA | 93036 |
| Douglas | Sheldon | 10493 Caribou Tr. | | San Angelo | TX | 76901 |
| Christopher | Shepherd | 920 Helios Ave | | Metairie | LA | 70005 |
| Michael | Sherman | 211 Alice Ct. | Unit #1 | Thibodaux | LA | 70301 |
| Lance | Shook | 4401 Bell Ln | | Pace | FL | 32571 |
| Wesley | Shope | 810 Ave Saint Albert | | Covington | LA | 70433 |
| Matthew | Shumaker | 12304 36th Ave NE | | Seattle | WA | 98125 |
| Krystle | Shumski | PO Box 2831 | | Gretna | LA | 70054 |
| Jason | Sick | 292 Lark Drive | | Lafayette | LA | 70508 |
| Anthony | Sick | 292 Lark Dr. | | Lafayette | LA | 70508 |
| Keith | Sieczynski | 1216 Newton St. | | Gretna | LA | 70053 |

| First | Last | Address | Addr2 | City | State | Zip |
|---|---|---|---|---|---|---|
| David | Silva | 219 N Clark | | New Orleans | LA | 70119 |
| Derek | Simon | 110 Springfield Rd. | | Carencro | LA | 70520 |
| Sidney | Simon Jr. | PO Box 74 | | Church Point | LA | 70525 |
| Sam | Simpson | 2727 NASA Rd. 1 | # 1424 | Seabrook | TX | 77586 |
| Ralph | Sirianni | 18215 Holts Landing Dr. | | Cypress | TX | 77433 |
| Chad | Skogman | 5514 Sugarbush Dr. | | Magnolia | TX | 77354 |
| Jason | Slosarek | 5581 Vicari St. | | Houma | LA | 70364 |
| Robert | Smigielski | 142 Patureau Dr. | | Morgan City | LA | 70380 |
| Matthew | Smith | 4725 Pennsylvania Ave. | | Charleston | WV | 25302 |
| Keith | Smith | 527 Cannonball Dr. | | Spring | TX | 77830 |
| Astin | Smith | 11905 Susan Lane | | Lusby | MD | 20657 |
| Johnie | Smith | 2110 Hillhouse Rd. | | Pearland | TX | 77584 |
| Timothy W. | Smith | 2659 Oxford Middletown Rd. | | Hamilton | OH | 45013 |
| Jere | Smith | 3008 N 12th St. | | West Monroe | LA | 71291 |
| Timothy L. | Smith | 2538 State Route 8 | | Lake Pleasant | NY | 12108 |
| Joshua | Smith | 2169 Emerald Ln. | | Magnolia | MS | 39652 |
| William | Smith | 1201 Railroad Ave. | | Morgan City | LA | 70380 |
| Chris | Snider | 2235 Gayoso St. | | New Orleans | LA | 70115 |
| Jedidiah | Snyder | 2909 Palmer Park Blvd. | | Colorado Springs | CO | 80909 |
| Tony | Snyder | 446 Richmond Ave. | | Houma | LA | 70363 |
| Anthony | Sonnier | 3202 Freyou Rd. | | New Iberia | LA | 70560 |
| Randy | Soterhou | 11807 Misty Peak LN | | Humble | TX | 77346 |
| Robert | Soudah | 1387 Lake Park Dr. | | Lake Hills | TX | 78063 |
| Derek | Staal | 8939 Jefferson Hwy. | Apt. 1711 | Baton Rouge | LA | 70809 |
| Curtis | Standifer | 317 Guilbeau Rd. | # 207-J | Lafayette | LA | 70506 |
| Sean | Starmer | 508 7th Street | | Morgan City | LA | 70380 |
| Matthew | Staubs | 212 St. Benjamin Dr. | | Lafayette | LA | 70506 |
| Evan | Steadman | 4011 Burnet Rd | | Austin | TX | 78756 |
| Darrell | Stephens | 6641 Avenida De Galvez | | Navarre | Fl | 32570 |
| John | Stevens | 7215 Firetower Rd. | | Kiln | MS | 39556 |
| Martin | Stevens | 107 Country Mile Dr. | | Youngsville | LA | 70592 |
| Robert | Stevens Jr. | 20091 Chestnut Dr. | | Saucier | MS | 39574 |
| Robert | Stevens Sr. | 20207 Lennis Cuevas Rd. | | Saucier | MS | 39574 |
| James | Stohr | 928 6th St. | | Lake Charles | LA | 70601 |
| Brian | Strand | 2721 Sylvan St. | | Bellingham | WA | 98226 |
| Roger | Sullivan | 8511 66th Pl NE | | Marysville | WA | 98270 |
| Chadwick | Sullivan | 703 S. East St. | | Fenton | MI | 48430 |
| Eric | Summers | 8860 Shell Island Dr. | | Jacksonville | FL | 32216 |
| Caleb | Swenson | 3251 Wall Blvd | Apt 1008 | Harvey | LA | 70057 |
| Simon | Tarr | 3015 Hwy 316 | | Gray | LA | 70359 |
| William | Taylor | 177 Country Village Dr. | | Morgan City | LA | 70380 |
| Michael | Taylor | 411 St. Patricks Street | | Lafayette | LA | 70506 |
| Kevin | Templeton | 209 Glynn Ave | | Houma | LA | 70363 |
| James | Tesney | 580 CO. Hwy 36 | | Marion County | AL | 35548 |
| Ryan | Thomas | 1225 Lawrence Rd. | #1113 | Kemah | TX | 77565 |
| David J. | Thomas | PO Box 1489 | | Morgan City | LA | 70381 |
| David W. | Thomas | 2729 Hardwood Dr. | | Marrero | LA | 70072 |
| Rodney | Thomison | 8810 Deer Lodge Road | | Magnolia | TX | 77354 |
| David | Thompson | 2325 Pasadena Ave. | Apt I | Metairie | LA | 70001 |
| Benjamin | Thompson | 106 Glade Bridge Ct. | | Dickinson | TX | 77539 |
| Chris | Thompson | 2390 N 600E | | Lehi | UT | 84043 |
| Kevin | Thompson | 112 Kaiser Dr. | | Lafayette | LA | 70508 |
| Howie | Thompson | 1205 St. Charles Ave | Unit 204 | New Orleans | LA | 70130 |
| Mark | Timmons | 11061 Sweetgum St. | | Gulfport | MS | 39503 |
| McKenzie | Tompkins | 7912 E Culver St. | | Scottsdale | AZ | 85257 |
| Michael | Toms | N1772 Squaw Lake Rd. | | Rhinelander | WI | 54501 |
| Kindall | Torbett | 4571 Bellamy Bridge Rd. | | Marianna | FL | 32446 |
| James Eric | Tranbarger | 12715 Ashford Knoll | | Houston | TX | 77082 |
| Billy | Tucker | 3048 Rakowitz Rd. | | Adkins | TX | 78101 |
| Victor | Tucker | 727 S. Bond St. | Apt 3 | Baltimore | MD | 21231 |
| Jeremy | Tully | 1033 Bryants Camp Rd. | | Lancaster | KY | 40444 |
| Floyd | Turner | 311 Cisne Ave. | | Canton | MS | 39046 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Daniel** | **Ulloa** | 1119 Garber RD | | Broussard | LA | 70518 |
| **Sterling** | **Ulrich** | 6024 145th St. SE | | Everett | WA | 98208 |
| **Michael** | **Valmas** | Lefkis 11A | | Thessaloniki | Greece | 56224 |
| **Paul** | **Van Groll** | 1611 E. Apple Creek Rd. | | Appleton | WI | 54913 |
| **Trevor** | **Varain** | 330 Blue Skies Dr. | | Sparks | NV | 89436 |
| **John** | **Veremey** | 7812 115th Ave. E | | Parrish | FL | 34219 |
| **Jose** | **Villarreal** | 168 Carrington Circle | | Valparaiso | IN | 46385 |
| **John** | **Vincent** | PO Box 948 | | Grand Bay | AL | 36541 |
| **Jake** | **Voisine** | 113 Kirkwood Ln | | Youngsville | LA | 70592 |
| **Tommy** | **Wade** | 4215 S. Richfield Rd. | | Rayne | LA | 70578 |
| **Justin** | **Wagner** | 37 Janet Dr. | | Crawfordville | LA | 32327 |
| **Matthew** | **Wallace** | 606 Sorento | | El Lago | TX | 77586 |
| **Joshua** | **Wallmuth** | 203 Carole St. | | Alexandria | LA | 71313 |
| **Jeffrey** | **Wallner** | 1760 Barker Cypress | Apt. 136 | Houston | TX | 77084 |
| **Brian** | **Wallo** | 1318 Willson Ave | | Pensacola | FL | 32507 |
| **Chad** | **Wamsley** | 700 Augusta Rd | Apt 708 | Panama City Beach | FL | 32407 |
| **Shane** | **Warren** | 1246 E. Alexander St. | | Lafayette | LA | 70501 |
| **Travis** | **Watson** | 1061 Evans Lane | | Groveton | TX | 75845 |
| **Kenneth** | **Watson** | 1697 Hwy 921 | | Clayton | LA | 71326 |
| **Keith** | **Watson** | 116 Shuping St. | | Morganton | NC | 28655 |
| **Jimmy** | **Wells** | 3030 Glenthorpe Ln | | Katy | TX | 77494 |
| **Joshua** | **White** | 6712 Oxen Rd. | | Ropesville | TX | 79358 |
| **Chad** | **White** | PO Box 527 | | Bagdad | FL | 32530 |
| **Jay** | **Whitehouse** | 2760 Bay Forrest Dr. | | Westlake | LA | 70669 |
| **Ryan** | **Whiteman** | 5300 Ilex Lane | | Pensacola | FL | 32501 |
| **Michael** | **Wilcox** | 327 Julie | | Gray | LA | 70359 |
| **Grant** | **Wiles** | 3391 Apple Cross Pl. | | Las Cruces | NM | 88005 |
| **Robert** | **Williams** | 5216 Cross Timber Rd. W | | Cleburne | TX | 76031 |
| **Cody** | **Williams** | 5756 Westmont Rd. | | Milton | FL | 32583 |
| **John** | **Williams** | 3018 Blue Pine Ln. | | Niceville | FL | 32578 |
| **Terry** | **Williamson** | PO Box 642 | | Empire | LA | 70050 |
| **John** | **Willis** | 224 Blazer Dr. | | Lafayette | LA | 70506 |
| **William** | **Wilson** | 1787 Apple Blvd. | | Marrietta | GA | 30066 |
| **Justin** | **Wilson** | 16068 Stone Cliff Dr. | | Northport | AL | 35475 |
| **David** | **Wintz** | PO Box 294 | | Lafitte | LA | 70067 |
| **Brian** | **Wisenbaker** | 5712 Lafitte Ave. | | Galveston | TX | 77551 |
| **Steven** | **Wisniewski** | 485 Downs Lane | | Alexandria | LA | 71303 |
| **Michael** | **Woodcock** | PO Box 533 | | Monon | IN | 47959 |
| **Paul** | **Woodhall** | 16210 Havenhurst | | Houston | TX | 77059 |
| **Scott** | **Woodward** | 5236 Deer Ridge Trails | | House Springs | MO | 63051 |
| **Slawomir** | **Wozniak** | 11934 80th Pl. NE | | Kirkland | WA | 98034 |
| **Travis** | **York** | 26575 Rd. H | | Cortez | CO | 81321 |
| **Jeremy** | **York** | 28 S. Main St. | | Linton | IN | 47441 |
| **Lucas** | **Youngblood** | 424 Columbus Ave | Apt. 5 | New Smyrna Beach | FL | 32169 |
| **Erik** | **Zawacki** | 1112 Oaklawn Ave | | Lafayette | LA | 70506 |
| **Jason** | **Zeien** | 14165 Innerarity Point Road | | Pensacola | FL | 32502 |
| **Steven** | **Zeppieri** | 100 Rue Bonaparte | | Lafayette | LA | 70508 |
| **SOLE PROPRIETORSHIPS** | | | | | | |
| **Jose B Cascante** | | 24430 McKinley Lane | | Ponchatoula | LA | 70454 |
| **Jose Higuera** | | 316 Pine Grove Circle | | West Monroe | LA | 71291 |
| **Donald E Holland** | | 119 Mercury Road | | Morgan City | LA | 70380 |
| **George E Hunt** | | PO Box 857 | | Cedartown | GA | 30125 |
| **LIMITED LIABILITY COMPANIES** | | | | | | |
| **Courtney Consulting LLC** | | 6340 Pontiac Drive | | Kiln | MS | 39556 |
| **Aruyoneta Aquatica LLC** | | 3320 N Arnoult St. | #115 | Metairie | LA | 70002 |
| **Jim Kober Consulting LLC** | | 179 Copperhead Lane | | Cave City | AR | 72521 |
| **Richard Lenzen LLC** | | 30020 Berry Todd Rd. | | Lacombe | LA | 70445 |
| **Subsea Consulting LLC** | | 130 Penny Lane | | Lecompte | LA | 71346 |
| **CORPORATIONS** | | | | | | |
| **M V Brennan Inc.** | | 400 Santa Barbara Lane | | Mchenry | IL | 60051 |